IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH EDWARD BARBOUR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-044
)
MS. STAUGHBURY, GENE M. JOHNSON, )
and BRYAN WATSON, individually )
and in their official )
capacities, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, this case is **TRANSFERRED** to the **Big Stone Gap Division of the Western District of Virginia** for all further proceedings. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 2nd day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA